CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 23 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BOBBY L. LAPRADE, | ) | Civil Action No. 7:09cv190 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vi. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | By: James C. Turk |
| Defendant. | ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that the Magistrate Judge's Report and Recommendation is **ADOPTED** in full, the plaintiff's objections to the Report and Recommendation are **OVERRULED**, the Commissioner's Motion for Summary Judgment is **GRANTED**, and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTER: This 23rd day of September, 2010.

_/s/ James C. Turk_
Senior United States District Judge